Richard Earl George
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

#H56048
**PRISON NUMBER**

Centinela State Prison
**PLACE OF CONFINEMENT**

2302 Brown Rd. Imperial, CA. 92251
**ADDRESS**

2254 ✓   1983 ____
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  ProSe ____


FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

Richard Earl George,
Plaintiff/Petitioner/Movant

v.

U.S. Southern District Court,
Defendant/Respondent

Civil No. '07CV 2215 J   LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Richard Earl George, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration Centinela State Prison
   Are you employed at the institution?         ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                          K:\COMMON\FORMS\CIV-67.

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. (1/14/04), $10 an hour every (2) weeks Amvets Thrift Store on Main St. in El Cajon, California.
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment        ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends       ☐ Yes ☒ No
   c. Pensions, annuities or life insurance                ☐ Yes ☒ No
   d. Disability or workers compensation                   ☐ Yes ☒ No
   e. Social Security, disability or other welfare         ☐ Yes ☒ No
   e. Gifts or inheritances                                ☐ Yes ☒ No
   f. Spousal or child support                             ☐ Yes ☒ No
   g. Any other sources                                    ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Restitution payments to court for current and past convicted cases. (San Diego Superior Court - $17,000.00

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NONE

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. NONE

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11/11/07
DATE

Richard Earl George
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Richard George__,
(NAME OF INMATE)

__H 56048__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __Centinela State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution.  I further certify that **during the past six months the applicant's** *average monthly balance* **was** $ __13.67__,

and the *average monthly deposits* to the applicant's account was $ __7.51__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__11-15-2007__   __/s/ Gracie Rojas__
DATE   SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Gracie Rojas__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)   -4-   K:\COMMON\FORMS\CIV-67.

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, Richard E. George #H56048, 
(Name of Prisoner/ CDC No.)
request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

11/11/07
DATE

Richard E. George
SIGNATURE OF PRISONER

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 15, 2007

ACCOUNT NUMBER : H56048                     BED/CELL NUMBER: FCB4T2000000229U
ACCOUNT NAME   : GEORGE, RICHARD              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| TRAN DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 10/22 | D320 | TRUST FUNDS T | 2416 HDSP | | 0.01 | | 0.01 |
| 10/23*| DD30 | CASH DEPOSIT | 2466 MLRM | | 45.00 | | 45.01 |
| 11/08 | W534 | MEDICAL CHARG | 2799 ARTAP | | | 8.00 | 37.01 |
| 11/13 | FC03 | DRAW-FAC 3 | 2892 FAC-C | | | 37.00 | 0.01 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2915 11/11 | 0.30 |
| 11/14/2007 | H109 | LEGAL POSTAGE HOLD | 2915 11/11 | 1.81 |
| 11/14/2007 | H118 | LEGAL COPIES HOLD | 2904 11/11 | 15.60 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/04/06                      CASE NUMBER: *SCD179831
COUNTY CODE:    *SD                           FINE AMOUNT: $    5,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | 5,000.00 |
| 10/23/07 | DR30 | REST DED-CASH DEPOSIT | 50.00- | 4,950.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

```
REPORT ID: TS3030  .701                                              REPORT DATE: 11/15/0
                                                                     PAGE NO:
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   CENTINELA STATE PRISON
                                INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 15, 2007

ACCT:   H56048           ACCT NAME: GEORGE, RICHARD                  ACCT TYPE: I

                                    TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 45.01 | 45.00 | 0.01 | 17.71 | 0.00 |

CURRENT AVAILABLE BALANCE

17.70

THIS DOCUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
TRUST OFFICE

REPORT ID: TS3030 .701                                           REPORT DATE: 11/15/07
                                                                 PAGE NO:       1

                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF. STATE PRISON CORCORAN
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAY 01, 2007 THRU NOV. 15, 2007

ACCOUNT NUMBER : H56048              BED/CELL NUMBER:
ACCOUNT NAME   : GEORGE, RICHARD     ACCOUNT TYPE: T
PRIVILEGE GROUP:
                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                    0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 11/15/2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

TOTAL P.02