```
 1 | EDMUND G. BROWN JR.
   | Attorney General of the State of California
 2 | DANE R. GILLETTE
   | Chief Assistant Attorney General
 3 | GARY W. SCHONS
   | Senior Assistant Attorney General
 4 | STEVE OETTING
   | Supervising Deputy Attorney General
 5 | ROBIN DERMAN, State Bar No. 228485
   | Deputy Attorney General
 6 |   110 West A Street, Suite 1100
   |   San Diego, CA 92101
 7 |   P.O. Box 85266
   |   San Diego, CA 92186-5266
 8 |   Telephone: (619) 645-2230
   |   Fax: (619) 645-2271
 9 |   Email: Robin.Derman@doj.ca.gov

10 | Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>  Petitioner,<br><br>v.<br><br>V. M. ALMAGER, WARDEN,<br><br>  Respondent. | 07CV2215-J (LSP)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION OF ROBIN DERMAN**<br><br>Courtroom:<br><br>Judge: The Honorable Leo S. Papas |

COMES NOW Respondent, by and through counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Robin Derman, Deputy Attorney General, and files this Request for Enlargement of Time. In its order dated December 17, 2007, this Court ordered Respondent to file an Answer by February 11, 2008. For the reasons set forth in the accompanying Declaration of Robin Derman, Respondent respectfully requests a 45-day enlargement of time for the Answer, making it due on March 27, 2008.

///

///

Application for Enlargement of Time                                       Case No. 07CV2215-J (LSP)

1

Dated: February 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

STEVE OETTING
Supervising Deputy Attorney General


/s/ ROBIN DERMAN
ROBIN DERMAN
Deputy Attorney General
Attorneys for Respondent

80204451.wpd
SD2007701188

# DECLARATION OF ROBIN DERMAN

I, Robin Derman, declare as follows:

I am the Deputy Attorney General and the attorney of record on behalf of Respondent in this case. On December 17, 2007, this Court ordered Respondent to file an Answer by February 11, 2008.

I was assigned this case on December 18, 2007. While I have obtained the records necessary to answer the Petition and have begun researching the applicable law, I have not been able to complete the Answer due to my caseload and will require the enlargement of time in order to do so.

This is my first request for an extension of time on the matter.

In the past forty-five days I have completed the following matters, all with due dates earlier than this case:

Respondent's Brief in *People v. Smith*, D048913 (2014 page record);

Respondent's Brief in *People v. Renteria*, D050536;

Respondent's Brief in *People v. Treadway*, G038824;

Informal State Habeas Response in *In re Debacco*, E044696;

Oral Argument in *People v. Clancy*, G036667.

I am currently working on the following matters, all with due dates in the next 30 days:

Respondent's Brief in *People v. Faz*, E043111, due February 6;

Respondent's Brief in *People v. Lemons*, D050763, due February 11 (1881 page record);

Respondent's Brief in *People v. Gater*, D050723, due February 19 (1594 page record);

Respondent's Brief in *People v. Bakhtiari*, G038923, due February 25 (1839 page record);

Supplemental Respondent's Brief in *In re Isael V.*, G037830, due February 25.

Granting an enlargement of time to file an Answer will permit Respondent's pleadings to be reviewed and processed, so that Respondent's interests may be adequately represented.

///

///

///

1  I hereby declare under penalty of perjury that the foregoing statements are true and correct.
2  Executed this 5TH day of February, 2008, at San Diego, California.

/s/ ROBIN DERMAN
ROBIN DERMAN
Declarant

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *George v. Almager*

No.:   07cv2215-J (LSP)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 5, 2008, I served the attached *APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION OF ROBIN DERMAN* by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Richard Earl George
H-56048
Centinela State Prison
P.O. Box 921
Imperial, CA  92251

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 5, 2008, at San Diego, California.

| Terri Garza | *[signature]* |
|---|---|
| Declarant | Signature |

80204509.wpd