MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GEORGE           v. ALMAGER              No. 07-2215-J(LSP)

HON. LEO S. PAPAS     CT. DEPUTY TRISH LOPEZ     Rptr.

Attorneys

Plaintiffs                                Defendants

Respondent's Application for Enlargement of Time to File Answer is GRANTED.

The date by which Respondent shall file an Answer to the Petition is extended to March 27, 2008.

The date by which Petitioner may file a Traverse to Respondent's Answer is extended to May 1, 2008.

DATED: February 5, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge