```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GARY W. SCHONS
    Senior Assistant Attorney General
 4  LISE JACOBSON
    Deputy Attorney General
 5  ROBIN DERMAN, State Bar No. 228485
    Deputy Attorney General
 6   110 West A Street, Suite 1100
     San Diego, CA 92101
 7   P.O. Box 85266
     San Diego, CA 92186-5266
 8   Telephone: (619) 645-2230
     Fax: (619) 645-2271
 9   Email: Robin.Derman@doj.ca.gov

10  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD EARL GEORGE,**<br><br>                              Petitioner,<br><br>     v.<br><br>**V. M. ALMAGER, WARDEN,**<br><br>                              Respondent. | 07CV2215-J (LSP)<br><br>**NOTICE OF LODGMENT**<br><br>Judge: The Honorable Leo S. Papas |

Respondent submits the following records for lodgment with this Court.

1. Clerk's Transcript (Three Volumes), *People v. George*, case number SCD179831;

2. Reporter's Transcript (Seven Volumes), *People v. George*, case number SCD179831;

3. Augmented Clerk's Transcript (One Volume), *People v. George*, case number SCD179831

4. Augmented Reporter's Transcript (One Volume), *People v. George*, case number SCD179831;

5. Petitioner's Opening Brief, *People v. George*, case number D047826;

6. Respondent's Brief, *People v. George*, case number D047826;

7. Petitioner's Reply Brief, *People v. George*, case number D047826;

8. California Court of Appeal's Opinion, *People v. George*, case number D047826;

9. Petitioner's Petition for Review, *People v. George*, case number D047826; and

10. California Supreme Court's Order Denying Petition for Review, *People v. George*, case number D047826

Dated: March 25, 2008

                        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

LISE JACOBSON
Deputy Attorney General


s/ ROBIN DERMAN

ROBIN DERMAN
Deputy Attorney General
Attorneys for Respondent

70118548.wpd
SD2007701188

Notice of Lodgment

2

Case No. 07CV2215-J (LSP)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **George v. Almager**

No.:   **07cv2215-J (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 26, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Richard Earl George
H-56048
Centinela State Prison
P.O. Box 921
Imperial, CA 92251

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 26, 2008, at San Diego, California.

| Terri Garza | *[signature]* |
|---|---|
| Declarant | Signature |

70118680.wpd