RICHARD EARL GEORGE, h-56048
CENTINELA STATE PRISON
P.O. BOX 921, C4-131
IMPERIAL, CALIFORNIA 92251

PETITIONER: IN PRO SE

FILED
2008 APR 18 PM 4:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**NUNC PRO TUNC**
APR 16 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE, <br>     Petitioner, <br> vs. <br> V. M. ALMAGER, WARDEN; <br>     Respondent: _____/ | CASE NO: 07-CV-2215-J-(POR) <br> NOTICE OF MOTION AND MOTION <br> FOR EXTENSION OF TIME TO FILE <br> TRAVERSE |

TO: THE HONORABLE PRESIDING CHIEF JUDGE AND TO THE HONORABLE MAGISTRATE JUDGE FOR THE SOUTHERN DISTRICT COURT OF THE STATE OF CALIFORNIA:

COME NOW, RICHARD EARL GEORGE, the above-entitled petitioner will, move the above-named court on or about_____,_____,-2008, at 8:30 a.m., or 9:30 a.m., or as soon as this pro se petitioner can be heard, for a motion for extension of time to file Traverse.

Said motion is based on the facts, records, papers, pleading, notice, and attached declaration by Richrad Earl George.

DAted: 4/12 ,____,2008

Respectfully Submitted

*Richard Earl George*
RICHARD ERAL GEORGE
PETITIONER: IN PRO SE

1.

## DECLARATION BY RICHARD EARL GEORGE

I, RICHARD EARL GEORGE, declare as follows:

1. That, I am over the age of 18 years old, and I am party to the above cited case;

2. That, I am presently incarcerated at Centinela State Prison, P.O. Box 921, Imperial, California 92251;

3. That, I am only allowed access to the prison law library one day out of the week and two days if I have a legal deadline. this is not enough time for me to do adequate research in response to the Respondent's legal position and to research supporting case law. I need an additional 30 days so I could do nece ssary legal research.

I, the undersigned, declare under the penalty of perjury that foregoing is true and correct.

DAted: April , 12 , 2008

                                                  RICHARD EARL GEORGE
                                                  DECLARANT

                                                  PETITIONER; IN PRO SE

| Short Title: | Court Case No: |
|---|---|
| Richard Earl George v. V.M. Almager, Warden | 07-2215-J-(LSP) |

# Proof of Service By Mail

I am over the age of 18 and a party/not a party (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): CENTINELA STATE PRISON (I.D. #H-56048)
2302 BROWN ROAD
P.O. BOX 921
IMPERIAL, CA. 92251

I served the attached: Motion For Extension of Time

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid. in the County of Imperial.

Date of deposit: _____, 2007

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

Southern District of California
880 Front St. Rm. 4290
San Diego, Ca. 92101-8900

Attorney General Officer
110 West A. Street, Suite 1100
P.O. Box 85266
San Diego, Ca. 92186-5266

I certify under penalty of perjury that the foregoing is true and correct.

DATE: 4/12/08

Richard E. George
(TYPE OR PRINT NAME)

▶ Richard E. George
(SIGNATURE OF DECLARANT)