UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>                          Plaintiff,<br><br>     v.<br><br>V.M. ALMAGER, WARDEN,<br><br>                          Defendant. | Civil No.   07cv2215-J (POR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**[Doc. No. 12]** |

On November 19, 2007, Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On February 5, 2008, the Court granted Respondent's motion for extension of time to file its answer. Respondent filed its answer on March 26, 2008. On April 18, 2008, Petitioner filed a motion for extension of time to file a traverse.

In the request, Petitioner represents he has access to the prison law library once a week and twice a week when he has a filing deadline. Based on his limited access to the law library, Petitioner seeks a 30-day extension of time to file his traverse so that he may conduct further research and provide an adequate response to Respondent's answer. Thus, Petitioner requests the deadline to file a traverse be extended to June 2, 2008.

The Court finds good cause to grant Petitioner's request and therefore, **IT IS HEREBY ORDERED**:

1.  Petitioner may file a traverse to matters raised in the answer no later than **June 2, 2008**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters

raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed 10 pages in length absent advance leave of Court for good cause shown.

2. A request by a party for an extension of time within which to file any of the pleadings required by this Order **should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause**. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

3. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

**IT IS SO ORDERED.**

DATED: May 7, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Napoleon A. Jones Jr.
all parties